```
 1  DAVID JAMES TRAPP, SB #121274
    Attorney at Law
 2  501 Stockton Ave.
    San Jose, CA  95126
 3  Telephone: (408) 298-2566

 4  Attorney for Creditor
    JLJR LLC
 5

 6

 7

 8              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA
 9

10  In Re:                          CHAPTER 13
                                    CASE NO. 13-54056 ASW
11      DAVID S. LEE
                                    DECLARATION OF JOHN LOW IN
12                                  SUPPORT OF MOTION TO DISMISS
                                    CHAPTER 13 CASE
13
                                    Date: December 2, 2013
14              Debtor(s)           Time: 2:15 PM
    _____/         Room: 3020
15
```

16     I, John Low, declare as follows:

17     I am an adult living in San Mateo County California.  I am the
18 sole member of JLJR, LLC, an unsecured creditor in this bankruptcy
19 case.  I have personal knowledge of the facts stated herein, and
20 could competently testify thereto.

21     On or about November 2001, JLJR, LLC entered into a series of
22 loan agreements with Debtor, Jim Ward & Associates, James Ward and
23 Lee Emerson (hereinafter collectively referred to as "Defendants")
24 to borrow monies as apart of a business transaction.  These loans
25 were evidenced by a promissory note.  Thereafter JLJR LLC made
26 regular payments to Defendants.

27     In 2009 as part of a deposition, I learned that Defendants, and
28 each of them, were not properly licensed as a real estate broker or

-1-

as a financial broker to enter into the loans JLJR LLC made with them or to charge usurious interest rates.

On December 7, 2009, JLJR LLC and similarly situated entities filed a lawsuit against Defendants in Santa Clara County Superior Court, case no. 109CV158850. The complaint alleges fraud, RICO violations, alter ego liability and related actions. JLJR LLC claims damages of $1,119,978.00. This case is pending.

On July 30, 2013, Debtor David Lee filed this chapter 13 bankruptcy case. In his schedule F for this case Debtor lists Creditor but does not list any monies owed.

Concurrently filed with this motion, creditor will file a proof of claim for the amount owing of $1,119,978.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2013 in San Jose, California.

/s/ John Low
John Low