```
 1  DAVID JAMES TRAPP, SB #121274
    Attorney at Law
 2  501 Stockton Ave.
    San Jose, CA  95126
 3  Telephone: (408) 298-2566

 4  Attorney for Creditor
    JLJR, LLC
 5

 6

 7

 8              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA
 9

10  In Re:                         CHAPTER 13
                                   CASE NO. 13-54056 ASW
11      DAVID S. LEE

12                                 CERTIFICATE OF SERVICE

13              Debtor(s)
    _____/
14

15  I, David James Trapp, declare that:

16     I am a citizen of the United States, employed in the County of
    Santa Clara, California, over the age of eighteen years, and not a
17  party to the within case.  My business address is 501 Stockton
    Ave., San Jose, California 95126.  On November 13, 2013, I served
18  the:

19  MOTION TO DISMISS CHAPTER 13 CASE; NOTICE OF MOTION FOR DISMISSAL
         OF CASE; DECLARATION IN SUPPORT OF MOTION TO DISMISS CASE
20
    on the parties in said cause, by placing a true copy thereof
21  enclosed in a sealed envelope with postage thereon fully prepaid in
    the United States mail at San Jose, California, addressed as listed
22  on Attachment A.  The Chapter 13 Trustee and the US Trustee will
    receive such notice upon the electronic filing of the above-named
23  documents.

24      See Attachment A

25     I certify and declare under penalty of perjury that the
    foregoing is true and correct and that this declaration was
26  executed on November 13, 2013, in San Jose, California.

27                            /s/ David James Trapp, #121274
                              DAVID JAMES TRAPP
28

                                 -1-
```

1 | In re D. Lee (13-54056)
2 | Attachment A
3 |
4 | LARS FULLER
  | THE FULLER LAW FIRM
5 | 60 N. KEEBLE AVE.
  | SAN JOSE, CA 95126
6 | (Attorney for Debtor)
7 | JLJR, LLC
  | PO BOX 1416
8 | LOS ALTOS, CA 94023
  | (Creditor)
9 |
  | CLERK US BANKRUPTCY COURT
10 | 280 N. 1ST ST., #3035
   | SAN JOSE, CA 95113
11 | (CLERK'S COPY)